1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org

5

6 Attorneys for Mr. Enriquez-Luna

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )    Case No. 08mj8089
                                        )
12              Plaintiff,              )
                                        )
13 v.                                   )    PROOF OF SERVICE
                                        )
14 **CELIDA ENRIQUEZ-LUNA**,            )
                                        )
15              Defendant.              )
                                        )

16

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20          **Assistant United States Attorney**
            efile.dkt.gc1@usdoj.gov

21

22 Dated: February 4, 2008                        _s/ Bridget L. Kennedy_
                                                  **BRIDGET L. KENNEDY**
23                                                Federal Defenders
                                                  225 Broadway, Suite 900
24                                                San Diego, CA 92101-5030
                                                  (619) 234-8467  (tel)
25                                                (619) 687-2666  (fax)
                                                  e-mail:bridget_kennedy@fd.org

26

27

28