FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR574-BEN |
|---|---|---|
| Plaintiff, | ) | **INFORMATION** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| CELIDA ENRIQUEZ-LUNA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about January 30, 2008, within the Southern District of California, defendant CELIDA ENRIQUEZ-LUNA, did knowingly and intentionally import approximately 41.94 kilograms (83.03 pounds) of Marijuana (gross weight), a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 28, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
2/28/08