# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Celida Enriquez-Luna

CASE NUMBER: 08CR574-BEN

I, __Celida Enriquez-Luna__, the above named defendant, who is accused of

Importation of Marijuana
Title 21, USC 952, 960:

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/28/2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X Celida Enriquez Luna
  *Defendant*

Diane Rega
*Counsel for Defendant*

Before _____
       *Judicial Officer*